[No. 7733-1-III.   Division Three.   March 24, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
JOE CATLIN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 86-1-50003-0, Fred R. Staples, J.,
entered April 2, 1986. *Affirmed* by unpublished opinion per
Green, J., concurred in by Thompson, A.C.J., and Munson,
J.

[No. 7663-6-III.   Division Three.   March 24, 1987.]

AURORA M. HUTCHINS, *Appellant*, v. WALLA WALLA
COMMUNITY HEALTH CLINIC, INC.,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 84-2-00421-6, Yancey Reser, J., entered
February 19, 1986. *Affirmed* by unpublished opinion per
Green, J., concurred in by Thompson, A.C.J., and Munson,
J.

[No. 16795-2-I.   Division One.   March 25, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
JAMES MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 84-1-00350-5, Byron L. Swedberg, J.,
entered July 5, 1985. *Affirmed in part* and *remanded* by
unpublished opinion per Pekelis, J., concurred in by Ring-
old, A.C.J., and Grosse, J.